ASH

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Agusto Baltazar Bartolome,
Petitioner,
v.
Markwayne Mullin, et al.,
Respondents.

No. CV 26-04286-PHX-SHR

**ORDER**

Petitioner filed a Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus challenging his immigration detention. (Doc. 1.) Petitioner now moves to withdraw the Petition. (Doc. 7.) Accordingly,

**IT IS ORDERED:**

(1) Petitioner's Motion to Withdraw (Doc. 7) is **granted**.

(2) The Petition (Doc. 1) is **dismissed without prejudice**.

(3) Any pending motions are **denied as moot**.

(4) The Clerk of Court shall enter judgment accordingly and close this case.

Dated this 7th day of October, 2026.

Honorable Scott H. Rash
United States District Judge